In the Matter of MORRIS C. SMITH. In view of the decision in *Matter of Smith* [*ante,* p. 868], decided herewith, the motion is dismissed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 68 CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners, Constituting the Tax Commission of the City of New York, Respondents. (1933, 1934, 1935, 1936, 1937, 1938–9, 1939–40, 1940–1 and 1941–2 Taxes, Block 247, Lot 28.) Present — Hagarty, Carswell, Adel, Taylor and Close, JJ. Motion for reargument granted and on reargument the decision of this court handed down June 29, 1942 [264 App. Div. 904], is amended to read as follows: Order consolidating certiorari proceedings, confirming assessments for the tax years 1933 to 1941–1942, inclusive, and dismissing writs of certiorari heretofore issued, modified on the facts, by striking out the second, third and fourth ordering paragraphs and by inserting in place thereof a provision reducing the respective assessments as follows:

| Year: | Land Assessment: | Building Assessment: | Total Assessment: |
|---|---|---|---|
| 1933 | $118,000 | $167,000 | $285,000 |
| 1934 | 112,000 | 150,000 | 262,000 |
| 1935 | 107,000 | 145,000 | 252,000 |
| 1936 | 105,000 | 140,000 | 245,000 |
| 1937 | 100,000 | 137,000 | 237,000 |
| 1938–9 | 95,000 | 135,000 | 230,000 |
| 1939–40 | 90,000 | 133,000 | 223,000 |
| 1940–41 | 85,000 | 128,000 | 213,000 |
| 1941–42 | 82,000 | 125,000 | 207,000 |

And further modified by providing that the City Treasurer of the City of New York be directed to refund such taxes, if any, the appellant may have paid on the over-valuation for the tax years 1933 to 1941–1942 inclusive, with interest thereon as provided by law. As thus modified, the order is unanimously affirmed, without costs. Findings and conclusions inconsistent herewith are reversed. We are of opinion that the weight of the credible evidence requires the foregoing modification. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. Settle order on notice.